Argued June 28, modified August 1, 1916.

## EUGENE *v.* CHAMBERS POWER CO.

(159 Pac. 576.)

From Lane: JAMES W. HAMILTON, Judge.

Department 1.    Statement by MR. JUSTICE McBRIDE.

This is a suit by the City of Eugene against the Chambers Power Company, a corporation, and Frank L. Chambers.   From a decree in favor of plaintiff, defendants appeal.                                   MODIFIED.

For appellant there was a brief with oral arguments by *Messrs. Thompson & Hardy.*

For respondent there was a brief over the name of *Messrs. Skipworth & Lewis,* with an oral argument by *Mr. Jay L. Lewis.*

MR. JUSTICE McBRIDE delivered the opinion of the court.

This is a suit brought by the City of Eugene to prevent the defendants from widening their ditch passing through the city where it crosses certain streets therein, and to enjoin them from floating logs, timber and cordwood along said ditch to the injury of the banks where it crosses the streets.   Every question involved in this case is fully considered in the case of *Patterson* v. *Chambers Power Co. et al., ante,* p. 328 (159 Pac. 568), and this case will take the same course, and a decree will be entered herein to the same effect as in that case.   Neither party will recover costs in either case.                                     MODIFIED.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE BURNETT and MR. JUSTICE BENSON concur.